FILED ___ ___ RECEIVED
ENTERED ___ ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America )
v. )
TYRELL COLEMAN )
*Defendant* )
)
)

Case No.    2:20-mj-00426-VCF

Charging District:    Eastern District of Kentucky

Charging District's Case No.   6:19-CR-00027-S-REW

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>310 South Main Street<br>London, KY 40601 | Courtroom No.: TBD |
| | Date and Time:  05/28/2020 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    May 22, 2020

_____
*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*